IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WORTH EDWARD DIGGS | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-00-3575 |
| NORTHROP GRUMMAN CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

JUDGMENT ORDER

By separate Order issued this date, the Court has granted the Defendant's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Northrop Grumman Corporation against Plaintiff Worth Edward Diggs, dismissing all claims with prejudice without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 21st day of December, 2001.

_____
Marvin J. Garbis
United States District Judge